**\*E-Filed: February 27, 2015\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUANA CONLEY, | No. C13-04807 HRL |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

Luana Conley filed this action on October 16, 2013.  Dkt. No. 1.  Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until February 16, 2014 to serve Defendant. Plaintiff has failed to do so.

Plaintiff shall appear on March 31, 2015, at 10:00 am in Courtroom 2, Fifth Floor, 280 South First St., San Jose CA 95113 and show cause, if any, why this case should not be dismissed for failure to prosecute.  Plaintiff shall file a Statement in response to this Order to Show Cause no later than March 24, 2015.  The statement shall state (1) the status of Plaintiff's efforts to serve Defendant; and (2) how much additional time, if any, is needed to serve Defendant.  If, however, Defendant is served before the hearing date, the Show Cause hearing will be automatically vacated and no statement will be required.

**IT IS SO ORDERED.**

Dated:  February 27, 2015

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  **C13-04807 HRL Notice will be electronically mailed to:**

2  David W. Brown davidwaynebrown@aol.com

3  **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**