*E-Filed: March 31, 2015*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LUANA CONLEY,<br><br>    Plaintiff,<br>  v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant.<br>_____/ | No. C13-04807 HRL<br><br>**ORDER:**<br><br>**(1) DISCHARGING ORDER TO SHOW CAUSE; and**<br><br>**(2) SETTING STATUS CONFERENCE FOR APRIL 28, 2015** |

    Luana Conley filed this action on October 16, 2013. Dkt. No. 1. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, Plaintiff had until February 16, 2014 to serve Defendant. Because there was no record that Plaintiff had served Defendant, the Court ordered Plaintiff to appear on March 31, 2015 and show cause, if any, why this case should not be dismissed for failure to prosecute.

    The Order to Show Cause hearing was held on March 31, 2015. Based on Plaintiff's representation that she has attempted to serve Defendant, the Order to Show Cause is discharged. A status conference is set for April 28, 2015, at 1:30 p.m. Plaintiff shall file a Statement in response no later than April 21, 2015. The statement shall state (1) the status of Plaintiff's efforts to serve Defendant; and (2) how much additional time, if any, is needed to serve Defendant. If, however, Plaintiff files a proof of service before the hearing date, the Show Cause hearing will be

///

///

///

1 automatically vacated and no statement will be required.  If Defendant is successfully served, a case management conference will be set at that time.

**IT IS SO ORDERED.**

Dated:  March 31, 2015

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1 **C13-04807 HRL Notice will be electronically mailed to:**

2 David W. Brown davidwaynebrown@aol.com

3 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**