E-Filed 1/26/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANA CONLEY,<br><br>             Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN,<br><br>             Defendant. | Case No. 13-cv-04807-HRL<br><br>**ORDER DIRECTING PLAINTIFF TO FILE CONSENT OR DECLINATION TO MAGISTRATE JURISDICTION**<br><br>Re: Dkt. Nos. 14, 15, 16 |

This case was randomly assigned to the undersigned magistrate judge. Plaintiff was directed by three successive clerk's notices to either consent to magistrate jurisdiction or else to decline it. Each notice set a deadline. Dkt. Nos. 14, 15, 16; *see* L.R. 73-1(a). Plaintiff failed to comply with those notices.

The court orders Plaintiff to either consent to magistrate jurisdiction or else to decline it by February 2, 2016. The form is available from the Clerk of the Court and on the court's website at http://cand.uscourts.gov. Plaintiff is free to decline magistrate jurisdiction without adverse substantive consequences. Fed. R. Civ. P. 73(b)(2).

**IT IS SO ORDERED.**

Dated: 1/26/16

_____
HOWARD R. LLOYD
United States Magistrate Judge