E-Filed 2/2/16

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LUANA CONLEY,

         Plaintiff,

v.

CAROLYN W. COLVIN,

         Defendant.

Case No. 13-cv-04807-HRL

**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Plaintiff filed this social security appeal in October of 2013. Plaintiff failed to serve anyone until the court, in early 2015, ordered her to show cause why this case should not be dismissed for failure to prosecute. Dkt. No. 7. Plaintiff filed a proof of service and argued that all necessary federal officials had been served. The court discharged the show-cause order.

Defendant has not yet appeared to litigate this case. Upon further review of the executed summons filed by Plaintiff, Dkt. No. 8, the court concludes that Plaintiff's counsel has still failed to serve each necessary federal official. Plaintiff sues a federal employee in her official capacity and therefore Plaintiff must also serve the United States Attorney for the forum district and the Attorney General of the United States. Fed. R. Civ. P. 4(i). The record does not contain proof of service as to either the United States Attorney for this district or the Attorney General.

Plaintiff shall appear on March 8, 2016 at 10:00 a.m. in Courtroom 2 on the fifth floor of the federal courthouse at 280 South First Street in San Jose to show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiff shall file a response to this order no later than March 4, 2016.

**IT IS SO ORDERED.**

Dated: 2/2/16

_____
HOWARD R. LLOYD
United States Magistrate Judge