E-filed 10/6/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUANA CONLEY,<br><br>        Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br><br>        Defendant. | Case No.13-cv-04807-HRL<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

Plaintiff filed this social security appeal in October of 2013. Plaintiff failed to complete service on the defendant until the court twice ordered her to show cause why this case should not be dismissed for failure to prosecute. Dkt. Nos. 7, 19.

Defendant filed an answer on July 6, 2016. Dkt. No. 26. The court's procedural order of October 2013 gave the plaintiff 28 days after the defendant's answer to file a motion for summary judgment or for remand. Dkt. No. 3. As of today, 92 days have passed with no word from the plaintiff.

Plaintiff shall appear on November 22, 2016, at 10:00 AM in Courtroom 2, Fifth Floor, 280 South First Street, San Jose, to show cause, if any, why this case should not be dismissed for failure to prosecute. Plaintiff shall file a response to this order no later than November 15, 2016.

**IT IS SO ORDERED.**

Dated: 10/6/2016

HOWARD R. LLOYD
United States Magistrate Judge